UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF JUSTICE, and DEPARTMENT OF STATE,<br><br>*Defendants*. | **Oral Argument Scheduled December 12, 2017, 11:30 a.m.**<br><br>17 Civ. 3391 (PAE)<br><br>ECF CASE |

## NOTICE OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment and the Declaration of Anna Diakun, and all exhibits and attachments thereto, Plaintiffs the American Civil Liberties Union and the American Civil Liberties Union Foundation (together, the "ACLU") will move this Court, before the Honorable Paul A. Engelmayer, United States District Judge, in Courtroom 1305 at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, for an order granting the ACLU partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Dated: October 11, 2017

Respectfully submitted,

*/s/ Brett Max Kaufman*
Brett Max Kaufman
Hina Shamsi
Anna Diakun
American Civil Liberties Union
   Foundation
125 Broad Street—18th Floor
New York, New York 10004
T: 212.549.2500
F: 212.549.2654
bkaufman@aclu.org

*Counsel for Plaintiffs*