USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,

Plaintiffs,

v.

DEPARTMENT OF DEFENSE, CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF JUSTICE, and DEPARTMENT OF STATE,

Defendants.

17 Civ. 3391 (PAE)

## SECOND ~~PROPOSED~~ REVISED SCHEDULING ORDER

This matter comes before the Court upon the complaint of plaintiffs the American Civil Liberties Union and the American Civil Liberties Union Foundation (together, the "ACLU" or "plaintiffs") seeking records from Defendants pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (the "Request"). The Court, having considered the request of Defendants for an enlargement of the remaining deadlines currently pending in this case, hereby modifies the revised scheduling order previously entered on November 17, 2017 (Dkt. No. 46), and ORDERS as follows:

1. The parties shall meet and confer by March 19, 2018, to identify any disputed issues.

2. The Government shall submit its pre-motion letter(s) regarding its FOIA compliance, and disputed issues that the parties have identified, by March 26, 2018.

3. Plaintiffs shall submit their response letter(s) by April 2, 2018, which shall include grounds for any anticipated cross-motion for summary judgment.

SO ORDERED.

Dated: __2/23__, 2018

_Paul A. Engelmayer_
HON. PAUL A. ENGELMAYER
United States District Judge