```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,

    Plaintiffs,

v.

DEPARTMENT OF DEFENSE, CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF JUSTICE, and DEPARTMENT OF STATE,

    Defendants.

17 Civ. 3391 (PAE)

## THIRD PROPOSED REVISED SCHEDULING ORDER

This matter comes before the Court upon the complaint of plaintiffs the American Civil Liberties Union and the American Civil Liberties Union Foundation (together, the "ACLU" or "plaintiffs") seeking records from Defendants pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (the "Request"). The Court, having considered the joint request of the parties for a revision of the remaining deadlines currently pending in this case, hereby modifies the revised scheduling order previously entered on February 23, 2018 (Dkt. No. 58), and ORDERS as follows:

1. By April 9, 2018, the Department of Defense shall provide Plaintiffs with responses to the clarification questions that Plaintiffs posed.

2. By April 17, 2018, Plaintiffs shall provide to the Government a preliminary list of withholdings that Plaintiffs intend to challenge.

3. By April 24, 2018, the Government shall submit its pre-motion letter(s) regarding its anticipated summary judgment motion and outstanding issues that the parties have identified.

4. By May 1, 2018, Plaintiffs shall submit their response letter(s), which shall include grounds for any anticipated cross-motion for summary judgment.

SO ORDERED.

Dated: 3/27, 2018

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
United States District Judge