

National Office
125 Broad Street, 18th floor
New York NY 10004
(212) 549-2500
aclu.org

June 11, 2018

BY ECF

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *ACLU,* et al. *v. DOD,* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

I write respectfully on behalf of all parties in the above-referenced action pursuant to the Court's request at the June 8, 2018 pre-motion conference. The parties jointly request the Court's endorsement of the parties' proposed briefing schedule and an expansion of the page limitations, set forth as follows:

- July 10, 2018: Government Motion for Summary Judgment due (30 pages).

- August 7, 2018: ACLU Cross-Motion for Summary Judgment and Opposition due (30 pages).

- August 21, 2018: Government Opposition and Reply due (25 pages).

- September 6, 2018: ACLU Reply due (25 pages).

The parties thank the Court for its consideration of this matter.

Respectfully,

*/s/ Anna Diakun*
Anna Diakun
Brett Max Kaufman
Hina Shamsi
American Civil Liberties Union
   Foundation
125 Broad Street–18th Floor
New York, New York 10004
Tel: 212.549.2500
adiakun@aclu.org

1