**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF JUSTICE, and DEPARTMENT OF STATE, <br><br> *Defendants*. | 17 Civ. 3391 (PAE) <br><br> **ECF CASE** |

**~~PROPOSED~~ REVISED SCHEDULING ORDER**

This matter comes before the Court upon the complaint of Plaintiffs the American Civil Liberties Union and the American Civil Liberties Union Foundation (together, the "ACLU") seeking records from Defendants pursuant to the Freedom of Information Act, 5 U.S.C. § 552. The Court, having considered the joint request of the parties for a revision of the deadlines currently pending in this case, hereby modifies the revised scheduling order previously entered on September 24, 2018 (ECF No. 89), and ORDERS as follows:

1. By October 19, 2018, Plaintiffs shall inform the government which documents Plaintiffs continue to challenge.

2. By November 7, 2018, Defendants Department of State and Department of Defense shall file their opposition/reply brief, if necessary (25 pages).

3. By November 28, 2018, Plaintiffs shall file their reply brief, if necessary (25 pages).

SO ORDERED.

Dated: __10/11__, 2018

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
United States District Judge