

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

October 12, 2018

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *ACLU,* et al. *v. DOD,* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

  I write respectfully to provide the Court with a further status update regarding Defendant the Central Intelligence Agency ("CIA"), *see* Dkt. No. 92. Since the last update, the parties have conferred further and jointly and respectfully request the Court's endorsement of the following proposed deadlines:

- No later than November 2, 2018, the Government will provide additional information to Plaintiffs regarding the CIA's search results.

- No later than November 9, 2018, the parties will confer and provide a further status report to the Court regarding proposed next steps in this matter.

  We thank the Court for its consideration of this matter.

            Respectfully submitted,

            GEOFFREY S. BERMAN
            United States Attorney

      By: */s/ Rebecca S. Tinio*
         REBECCA S. TINIO
         Assistant United States Attorney
         Tel.: (212) 637-2774
         Fax: (212) 637-2702
         rebecca.tinio@usdoj.gov

cc: Counsel of record (by ECF)