

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

January 31, 2019

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

     Re: *ACLU,* et al. *v. DOD,* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

  I write respectfully with respect to the Standing Order that was entered in this matter on December 27, 2018 (Dkt. No. 104), and its effect on the briefing deadlines that were previously entered by the Court (Dkt. No. 103), to ensure that the record reflects the parties' understanding of the now-applicable schedule. The parties have conferred and agree that, since the Standing Order tolled all outstanding deadlines by 35 days, the dates reflected in the Court's last scheduling order (Dkt. No. 103) are adjusted as follows:

- Defendants DOD, DOS, and CIA file their motion for summary judgment (35 pages) on March 15, 2019;

- Plaintiffs file their opposition and cross-motion (35 pages) on April 19, 2019;

- Defendants file their opposition and reply (25 pages) on May 10, 2019; and

- Plaintiffs file their reply (25 pages) on May 31, 2019.

  We thank the Court for its consideration of this matter.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney

By:   */s/ Rebecca S. Tinio*
      REBECCA S. TINIO
      Assistant United States Attorney
      Tel.:   (212) 637-2774
      Fax:   (212) 637-2702
      rebecca.tinio@usdoj.gov

cc: Counsel of record (by ECF)