UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>DEPARTMENT OF DEFENSE, CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF JUSTICE, and DEPARTMENT OF STATE,<br><br>     *Defendants*. | **Oral Argument Requested**<br><br>**17 Civ. 3391 (PAE)**<br><br>**ECF CASE** |

## FIFTH DECLARATION OF ANNA DIAKUN

  I, Anna Diakun, pursuant to 28 U.S.C. § 1746, hereby declare and state under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

  1. I am an attorney at the American Civil Liberties Union Foundation and co-counsel for Plaintiffs the American Civil Liberties Union and the American Civil Liberties Union Foundation (together, the "ACLU") in the above-numbered action.

  2. I submit this declaration in further support of Plaintiffs' Cross-Motion for Summary Judgment.

  3. Attached hereto as Exhibit 1 is a true and correct copy of Jamie McIntyre, *US Supporting Yemen Offensive Against al Qaeda*, Wash. Examiner, Aug. 4, 2017, https://www.washingtonexaminer.com/us-supporting-yemen-offensive-against-al-qaeda.

  4. Attached hereto as Exhibit 2 is a true and correct copy of Thomas Gibbons-Neff,

*U.S. Troops Are on the Ground in Yemen for Offensive Against al-Qaeda Militants*, Wash. Post, Aug. 4, 2017, https://www.washingtonpost.com/news/checkpoint/wp/2017/08/04/u-s-troops-are-on-the-ground-in-yemen-for-offensive-against-al-qaeda-militants.

5. Attached hereto as Exhibit 3 is a true and correct copy of JS/161, produced to Plaintiffs by the Department of Defense on December 29, 2017.

6. Attached hereto as Exhibit 4 is a true and correct copy of JS/238-239, produced to Plaintiffs by the Department of Defense on December 29, 2017.

7. Attached hereto as Exhibit 5 is a true and correct copy of JS/337-338, produced to Plaintiffs by the Department of Defense on January 31, 2018.

Dated: July 19, 2019
New York, New York

/s/ *Anna Diakun*
Anna Diakun
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 10004
T: 212.549.2500
F: 212.549.2654
adiakun@aclu.org