# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

AMERICAN CIVIL LIBERTIES UNION and
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

                Plaintiff,                17 **CIVIL** 3391 (PAE)

      -against-                    **JUDGMENT**

DEPARTMENT OF DEFENSE, CENTRAL
INTELLIGENCE AGENCY, DEPARTMENT
OF JUSTICE, and DEPARTEMENT OF STATE,
                Defendants.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 12, 2020, defendants' motion for summary judgment is granted, and the ACLU's motion for summary judgment is denied, with respect to CENTCOM/027030 and JS/057058; accordingly, the case is closed.

**Dated:**  New York, New York
          November 12, 2020


                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                  **BY:**     *K. Mango*

                                                  **Deputy Clerk**