

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

August 20, 2021

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *ACLU et al. v. DOD et al.*, No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

      This Office represents the defendant agencies ("Defendants") in the above-captioned lawsuit brought pursuant to the Freedom of Information Act ("FOIA"). We write respectfully on behalf of the parties to provide a joint status report pursuant to the Court's Order dated July 6, 2021 (ECF No. 153).

      As the parties have previously reported to the Court, the several defendant agencies have been reviewing, analyzing, and conferring with the undersigned about the fee schedule and proposed demand provided by Plaintiffs. The undersigned is continuing to pursue the consultation and approval needed to present a revised response to Plaintiffs, a process which is not fully complete, due partly to continuing other docket demands on the undersigned counsel, and the involvement of new personnel in the consultation process. For that reason, the parties jointly request that the Court grant them additional time in which to continue their negotiations and respectfully propose that the Court enter an order instructing the parties to file a further joint status update by October 15, 2021.

      We thank the Court for its consideration of this matter.

Respectfully,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: /s/ Rebecca S. Tinio
    REBECCA S. TINIO
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, NY 10007
    Tel.: (212) 637-2774
    Facsimile: (212) 637-2686
    E-mail: rebecca.tinio@usdoj.gov

Granted.  SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
8/23/2021