UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
AMERICAN CIVIL LIBERTIES UNION, et al., :
: 17 Civ. 3391 (PAE)
Plaintiffs, :
: ORDER
-v- :
:
DEPARTMENT OF DEFENSE, et al., :
:
Defendants. :
:
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

On November 24, 2021, the Court directed the parties to file a joint status update by January 18, 2022, regarding the progress of the parties' negotiations. To date, no such update has been filed. The Court directs the parties to file such update by February 3, 2022.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 27, 2022
       New York, New York