

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

May 19, 2022

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    *ACLU* et al. *v. DOD* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

        This Office represents the defendant agencies ("Defendants") in the above-captioned lawsuit brought pursuant to the Freedom of Information Act ("FOIA"). We write respectfully on behalf of the parties to provide a joint status update pursuant to the Court's Order dated April 18, 2022 (ECF No. 166).

        First, the undersigned appreciates very much the continued understanding of the Court and the Plaintiffs regarding her recent personal circumstances. Since the last report, the undersigned has made progress in providing further follow-up information to certain of the relevant agencies to allow them to assess further the issue of fees in this matter, although this process is not yet complete. As noted in the parties' last status report, the undersigned will need to take additional personal leave imminently, for family support reasons, but will endeavor to continue this consultation in the coming weeks, to hopefully bring this dialogue to a decision point as soon as possible.

        In light of these circumstances, the parties jointly and respectfully request permission to provide another status report to the Court by July 15, 2022. We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By:  /s/ Rebecca S. Tinio
REBECCA S. TINIO
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2774
Facsimile: (212) 637-2686
E-mail: rebecca.tinio@usdoj.gov

Granted. The parties are directed to include in their July 15, 2022 update the estimated time necessary to determine whether the parties will be able to reach an independent resolution. SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge
5/19/22

2