

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

January 13, 2023

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

          Re:    *ACLU* et al. *v. DOD* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

      This Office represents the defendant agencies ("Defendants") in the above-captioned lawsuit brought pursuant to the Freedom of Information Act ("FOIA"). We write respectfully on behalf of the parties to provide a joint status update pursuant to the Court's Order dated December 12, 2022 (ECF No. 176).

      Since the last report, the Defendants have unfortunately not achieved substantial progress, for which the undersigned apologizes. More specifically, the undersigned needed to conduct additional final consultations within the Government relating to Defendants' counter-offer on the issue of fees, but those consultations were not completed in large part due to the holiday schedules of relevant personnel. The Government continues to work on this issue, however, and given the ongoing nature of these consultations, the parties respectfully and jointly ask the Court's leave to submit a further status report by March 10, 2023 (Defendants request this date in part because the undersigned is also preparing for a trial in February). We thank the Court for its consideration of this request.

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York
        *Attorney for Defendants*

By:  /s/ Rebecca S. Tinio_____
      REBECCA S. TINIO
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, NY 10007
      Tel.: (212) 637-2774
      Facsimile: (212) 637-2686
      E-mail: rebecca.tinio@usdoj.gov