

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

June 5, 2023

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    *ACLU* et al. *v. DOD* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

        This Office represents the defendant agencies ("Defendants") in the above-captioned lawsuit brought pursuant to the Freedom of Information Act ("FOIA").  We write respectfully on behalf of the parties to provide a joint status update pursuant to the Court's Order dated April 17, 2023 (ECF No. 182).

        Since the last report, the parties' discussions have unfortunately not progressed further due primarily to continuing issues relating to the undersigned counsel's recent accident, which were not fully anticipated as of the last status report.  Counsel have conferred again about internal goals for moving these discussions forward.  Based on these circumstances, and on the upcoming availability of both lead counsel to confer regarding the outstanding issues, the parties respectfully and jointly ask the Court's leave to submit a further status report by July 12, 2023, by which time the parties anticipate being able to report further progress.  We thank the Court for its consideration of this request.

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York
        *Attorney for Defendants*

By:  /s/ Rebecca S. Tinio_____
      REBECCA S. TINIO
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, NY 10007
      Tel.: (212) 637-2774
      Facsimile: (212) 637-2686
      E-mail: rebecca.tinio@usdoj.gov