

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

*86 Chambers Street, 3rd floor
New York, New York 10007*

September 29, 2023

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *ACLU* et al. *v. DOD* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

  This Office represents the defendant agencies ("Defendants") in the above-captioned lawsuit brought pursuant to the Freedom of Information Act ("FOIA"). We write respectfully on behalf of the parties to provide a joint status update pursuant to the Court's Order dated August 17, 2023 (ECF No. 188).

  Since the last report, the parties have made further progress on the issue of fees in this matter. Specifically, the parties conferred regarding the counter-offer previously provided by the Government, and the methodology underlying that counter-offer. The Plaintiffs then provided a response and revised demand, which the Defendants have begun to analyze. Based on these developments, and to allow time for the parties to continue discussing, the parties respectfully and jointly ask the Court's leave to submit a further status report by November 10, 2023. We thank the Court for its consideration of this request.

2

       Respectfully,

       DAMIAN WILLIAMS
       United States Attorney for the
       Southern District of New York
       *Attorney for Defendants*

By:  /s/ Rebecca S. Tinio
       REBECCA S. TINIO
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, NY 10007
       Tel.: (212) 637-2774
       Facsimile: (212) 637-2686
       E-mail: rebecca.tinio@usdoj.gov