

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

November 10, 2023

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    *ACLU* et al. *v. DOD* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

      This Office represents the defendant agencies ("Defendants") in the above-captioned lawsuit brought pursuant to the Freedom of Information Act ("FOIA"). We write respectfully on behalf of the parties to provide a joint status update pursuant to the Court's Order dated October 2, 2023 (ECF No. 190).

      As the parties last reported, the parties have exchanged multiple specific demands regarding attorney's fees. Since the last report, the Government has continued analyzing Plaintiffs' revised demand, and is currently preparing a response, although that process is not yet complete. Because of this ongoing process, and to allow time for the parties to continue discussing, the parties respectfully and jointly ask the Court's leave to submit a further status report by December 19, 2023, by which time the Government intends to have provided this further response. We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: /s/ Rebecca S. Tinio
REBECCA S. TINIO
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2774
Facsimile: (212) 637-2686
E-mail: rebecca.tinio@usdoj.gov

The Court thanks the parties for this update. The next status update is due December 19, 2023.

Dated: November 14, 2023
New York, New York

PAUL A. ENGELMAYER
United States District Judge