

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

January 31, 2024

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    *ACLU* et al. *v. DOD* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

        This Office represents the defendant agencies ("Defendants") in the above-captioned lawsuit brought pursuant to the Freedom of Information Act ("FOIA"). We write respectfully on behalf of the parties to provide a joint status update pursuant to the Court's Order dated December 20, 2023 (ECF No. 194).

        As the parties last reported, the parties have exchanged multiple specific demands regarding attorney's fees. At the time the parties provided the last report, the Government had prepared a draft counter-offer and was seeking final approvals. During that process, the Government discovered certain inconsistencies in its draft counter-offer and is currently finalizing a corrected proposal, which it anticipates being able to provide to Plaintiffs imminently. Because of this ongoing process, and to allow time for the parties to continue discussing, the parties respectfully and jointly ask the Court's leave to submit a further status report by March 1, 2024. We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: /s/ Rebecca S. Tinio
    REBECCA S. TINIO
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, NY 10007
    Tel.: (212) 637-2774
    E-mail: rebecca.tinio@usdoj.gov

The Court thanks the parties for this update. A further status report is due **March 1, 2024**.

SO ORDERED.

Dated: February 1, 2024
      New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge

2