

U.S. Department of Justice

*United States Attorney
Southern District of New York*

*86 Chambers Street, 3rd floor
New York, New York 10007*

March 29, 2024

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *ACLU* et al. *v. DOD* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

      This Office represents the defendant agencies ("Defendants") in the above-captioned lawsuit brought pursuant to the Freedom of Information Act ("FOIA"). We write respectfully on behalf of the parties to provide a joint status update pursuant to the Court's Order dated March 4, 2024 (ECF No. 198).

      Since the parties' last report, the Government has responded to the Plaintiffs' revised fee demand with a further counterproposal for resolution. Because of this ongoing process, and to allow time for the parties to continue discussing, the parties respectfully and jointly ask the Court's leave to submit a further status report by May 1, 2024. We thank the Court for its consideration of this request.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York
      *Attorney for Defendants*

By:    /s/ Rebecca S. Tinio_____
      REBECCA S. TINIO
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, NY 10007
      Tel.: (212) 637-2774
      E-mail: rebecca.tinio@usdoj.gov