

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

---

*86 Chambers Street, 3rd floor
New York, New York 10007*

May 1, 2024

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

          Re:    *ACLU* et al. *v. DOD* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

      This Office represents the defendant agencies ("Defendants") in the above-captioned lawsuit brought pursuant to the Freedom of Information Act ("FOIA"). We write respectfully on behalf of the parties to provide a joint status update pursuant to the Court's Order dated April 1, 2024 (ECF No. 200).

      Since the parties' last report, the Plaintiffs provided a further revised fee demand to Defendants, and Defendants are assessing it and pursuing approvals, a process which is ongoing. Because of this, and to allow time for the parties to conduct any final discussions that may be necessary, the parties respectfully and jointly ask the Court's leave to submit a further status report by May 31, 2024. We thank the Court for its consideration of this request.

                                                                                  Respectfully,

                                                                  DAMIAN WILLIAMS
GRANTED.                                      United States Attorney for the
                                                         Southern District of New York
SO ORDERED.                                 *Attorney for Defendants*

*Paul A. Engelmayer*                   By:  /s/ Rebecca S. Tinio
─────────────────────              REBECCA S. TINIO
PAUL A. ENGELMAYER                Assistant United States Attorney
United States District Judge           86 Chambers Street, Third Floor
Dated: May 2, 2024                           New York, NY 10007
       New York, New York                    Tel.: (212) 637-2774
                                                  E-mail: rebecca.tinio@usdoj.gov