

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

May 31, 2024

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

     Re: *ACLU* et al. *v. DOD* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

  This Office represents the defendant agencies ("Defendants") in the above-captioned lawsuit brought pursuant to the Freedom of Information Act ("FOIA"). We write respectfully on behalf of the parties to provide a joint status update pursuant to the Court's Order dated May 2, 2024 (ECF No. 202).

  Since the parties' last report, the Defendants have continued to pursue the approval process regarding the Plaintiffs' most recent revised counter-demand for attorneys' fees, which is ongoing but not yet fully complete. Because of this, the parties respectfully and jointly ask the Court's leave to submit a further status report by July 12, 2024. We thank the Court for its consideration of this request.

                Respectfully,

                DAMIAN WILLIAMS
The Court thanks the parties for this update. A further United States Attorney for the
status update is due July 12, 2024.       Southern District of New York
                *Attorney for Defendants*

SO ORDERED.

              By: /s/ Rebecca S. Tinio
*Paul A. Engelmayer*         REBECCA S. TINIO
_____      Assistant United States Attorney
  PAUL A. ENGELMAYER       86 Chambers Street, Third Floor
  United States District Judge       New York, NY 10007
                Tel.: (212) 637-2774
Dated: June 3, 2024          E-mail: rebecca.tinio@usdoj.gov
   New York, New York