

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

July 12, 2024

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *ACLU* et al. *v. DOD* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

      This Office represents the defendant agencies ("Defendants") in the above-captioned lawsuit brought pursuant to the Freedom of Information Act ("FOIA"). We write respectfully on behalf of the parties to provide a joint status update pursuant to the Court's Order dated June 3, 2024 (ECF No. 204).

      Since the parties' last report, the Defendants have continued to pursue the approval process regarding the Plaintiffs' most recent revised counter-demand for attorneys' fees, which is ongoing but not yet fully complete. Because of this, the parties respectfully and jointly ask the Court's leave to submit a further status report by August 30, 2024. We thank the Court for its consideration of this request.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York
      *Attorney for Defendants*

By:   /s/ Rebecca S. Tinio_____
     REBECCA S. TINIO
     Assistant United States Attorney
     86 Chambers Street, Third Floor
     New York, NY 10007
     Tel.: (212) 637-2774
     E-mail: rebecca.tinio@usdoj.gov