

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

December 13, 2024

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *ACLU* et al. *v. DOD* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

  This Office represents the defendant agencies ("Defendants") in the above-captioned lawsuit brought pursuant to the Freedom of Information Act ("FOIA"). We write respectfully on behalf of the parties to provide a joint status update. The Court previously ordered the parties to file an update by December 13, 2024 (ECF No. 209).

  Since the parties' last report, the Defendants have continued to pursue the approval process regarding the Plaintiffs' most recent revised counter-demand for attorneys' fees. Defendants are now awaiting some agencies' approval of a fully drafted settlement stipulation. Because of this, the parties respectfully and jointly ask the Court's leave to submit a further status report by January 13, 2025. The parties also ask the Court to set a telephonic status conference date for sometime in the latter half of January 2025, in case the parties do not report a resolution before then. (The parties request the Court's permission to participate telephonically due to the fact that Plaintiffs' counsel is based on the West Coast.) Counsel have conferred and would be available on January 24, 2025, if that date is convenient for the Court. We thank the Court for its consideration of these requests.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: /s/ Rebecca S. Tinio
REBECCA S. TINIO
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2774
E-mail: rebecca.tinio@usdoj.gov

GRANTED. The Court thanks the parties for this update. The next status update will be due January 13, 2025. As requested by the parties, the Court schedules a telephonic status conference for January 24, 2025 at 3:00 p.m. The Court's dedicated conference line has changed to (855)-244-8681, access code 2318-315-0661, followed by the pound (#) key.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 13, 2024
New York, New York

2