

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

January 13, 2025

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *ACLU* et al. *v. DOD* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

    This Office represents the defendant agencies ("Defendants") in the above-captioned lawsuit brought pursuant to the Freedom of Information Act ("FOIA"). We write respectfully on behalf of the parties to provide a joint status update. The Court previously ordered the parties to file an update by January 13, 2025 (ECF No. 211).

    Since the parties' last report, the Defendants have continued to pursue the approval process regarding a fully drafted settlement stipulation. Unfortunately, in part because of unexpected difficulty locating certain personnel in recent weeks, this process is not yet complete. The parties note that the Court has set a telephonic status conference for January 24, 2025, at (ECF No. 211). The parties will be ready to appear on that date to report the latest progress on fees, and to discuss next steps. We thank the Court for its consideration of these matters.

2

        Respectfully,

        EDWARD Y. KIM
        Acting United States Attorney for the
        Southern District of New York
        *Attorney for Defendants*

By:  /s/ Rebecca S. Tinio
      REBECCA S. TINIO
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, NY 10007
      Tel.: (212) 637-2774
      E-mail: rebecca.tinio@usdoj.gov