UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN CIVIL LIBERTIES UNION, *et al.*,

                              Plaintiffs,

        -v-

DEPARTMENT OF DEFENSE, *et al.*,

                              Defendants.

17 Civ. 3391 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's status conference, the Court directs the parties to file, by March 4, 2025, a joint letter advising the Court whether the parties have finalized a settlement as to all remaining issues in this matter, including as to plaintiffs' claim for attorneys' fees and costs, *see* Dkt. 212. If the parties have not finalized such settlement by March 4, 2025, they should expect to brief the remaining issues on the following schedule:

- March 11, 2025: deadline for plaintiffs' memorandum of law and accompanying exhibits in support of its anticipated motion for attorneys' fees and costs.

- March 18, 2025: deadline for defendants' opposition.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 24, 2025
       New York, New York