

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

August 20, 2025

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    *ACLU* et al. *v. DOD* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

      This Office represents the defendant agencies ("Defendants") in the above-captioned lawsuit brought pursuant to the Freedom of Information Act ("FOIA"). We write respectfully in response to the Court's order dated July 11, 2025 (ECF No. 223), to jointly request, with Plaintiffs, a further extension of the briefing deadlines in this matter.

      Since the parties' last report on July 9, 2025 (ECF No. 222), Defendants have continued to work towards securing approvals of a fully drafted settlement stipulation, and have made progress (although that progress has been somewhat slowed by leaves from the Office of the undersigned counsel, to which the parties' prior status report alluded). In the context of confidential settlement discussions pursuant to Federal Rule of Evidence 408, the undersigned has provided additional detail to Plaintiffs' counsel regarding the precise status of these efforts, and the current level of elevation within the relevant government offices.

      As previously reported, the parties continue to communicate and work together in good faith to hopefully avert the need to seek the Court's adjudication of a fees motion, and believe that their current efforts represent the most efficient path to resolution. Mindful of the schedule set by the Court for motion practice, the parties jointly and respectfully ask the Court for a further adjournment of these deadlines, and propose that Plaintiffs file any motion for attorney's fees, if necessary, no later than October 10, 2025, and that Defendants' response be filed no later than October 17, 2025.

      The parties thank the Court for its consideration of this matter.

        Respectfully,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York
        *Attorney for Defendants*

By:  /s/ Rebecca S. Tinio
       REBECCA S. TINIO
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, NY 10007
       Tel.: (212) 637-2774
       E-mail: rebecca.tinio@usdoj.gov