

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

December 18, 2025

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:  *ACLU* et al. *v. DOD* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

      This Office represents the defendant agencies ("Defendants") in the above-captioned lawsuit brought pursuant to the Freedom of Information Act ("FOIA"). We write respectfully in response to the Court's order dated August 21, 2025 (ECF No. 225), to jointly request, with Plaintiffs, a further extension, *nunc pro tunc*, of the briefing deadlines in this matter.

      Since the parties' last report on August 20, 2025 (ECF No. 224), Defendants have continued to work towards securing approvals of a fully drafted settlement stipulation, and have made progress. That progress was interrupted by the intervening lapse in governmental appropriations, during which the Amended Standing Order entered by the Chief Judge stayed and tolled all deadlines in this matter, *see* Standing Order M10-468, Case No. 25-mc-433 (LTS), ECF No. 3. During and after the government shutdown, there were also additional personnel changes in the relevant agencies. In the context of confidential settlement discussions pursuant to Federal Rule of Evidence 408, the undersigned has recently provided updated detail to Plaintiffs' counsel regarding the precise status of Defendants' efforts to finalize resolution, and the current level of elevation within the relevant government offices.

      As previously reported, the parties continue to communicate and work together cooperatively and in good faith to hopefully avert the need to seek the Court's adjudication of a fees motion, and believe that their current efforts represent the most efficient path to resolution. Mindful of the schedule set by the Court for motion practice, the parties jointly and respectfully ask the Court for a further adjournment of these deadlines, and propose that Plaintiffs file any motion for attorney's fees, if necessary, no later than January 28, 2026, and that Defendants' response be filed no later than February

11, 2026. The parties sincerely apologize to the Court for not timely filing this *nunc pro tunc* extension request before the expiration of the prior briefing schedule, pursuant to which Plaintiffs' motion was due on November 24, 2025. This oversight was due to the press of other urgent docket matters and the parties' failure to appropriately calendar the tolled deadlines.

The parties thank the Court for its consideration of this matter.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: /s/ Rebecca S. Tinio
REBECCA S. TINIO
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2774
E-mail: rebecca.tinio@usdoj.gov

GRANTED.

Plaintiffs' deadline to file any motion for attorney's fees is extended, *nunc pro tunc*, to January 28, 2026. If plaintiffs file such a motion, defendants' response will be due February 11, 2026, and plaintiffs' reply will be due February 18, 2026.

If no such motion is filed, the parties shall submit a joint status update by January 30, 2026.

SO ORDERED.

Dated: December 18, 2025
      New York, New York

PAUL A. ENGELMAYER
United States District Judge

2