

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

January 30, 2026

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

          Re:     *ACLU* et al. *v. DOD* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

      This Office represents the defendant agencies ("Defendants") in the above-captioned lawsuit brought pursuant to the Freedom of Information Act ("FOIA"). We write respectfully in response to the Court's order dated December 19, 2025 (ECF No. 227), to provide a joint status report and to jointly request, with Plaintiffs, a further extension, of the briefing deadlines in this matter.

      Since the parties' last correspondence on December 18, 2025 (ECF No. 226), Defendants have continued to work towards securing approvals of a fully drafted settlement stipulation. Defendants have made further progress, while also handling other unusual docket demands. In the context of confidential settlement discussions pursuant to Federal Rule of Evidence 408, the undersigned has recently provided updated detail to Plaintiffs' counsel regarding the precise status of Defendants' efforts to finalize resolution, and the current level of elevation within the relevant government offices.

      As previously reported, the parties continue to communicate and work together cooperatively and in good faith to hopefully avert the need to seek the Court's adjudication of a fees motion, and believe that their current efforts represent the most efficient path to resolution. Mindful of the schedule set by the Court for motion practice, the parties jointly and respectfully ask the Court for a further adjournment of these deadlines, and propose that Plaintiffs file any motion for attorney's fees, if necessary, no later than March 13, 2026, and that Defendants' response be filed no later than March 27, 2026.

      The parties thank the Court for its consideration of this matter.

2

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By:  /s/ Rebecca S. Tinio
     REBECCA S. TINIO
     Assistant United States Attorney
     86 Chambers Street, Third Floor
     New York, NY 10007
     Tel.: (212) 637-2774
     E-mail: rebecca.tinio@usdoj.gov

GRANTED.

SO ORDERED.

Date: February 2, 2026
     New York, New York

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge