AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| American Civil Liberties Union et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 17 Civ. 3391 |
| Department of Defense, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants  .

Date:   02/13/2026

/s/ Peter Aronoff
*Attorney's signature*

Peter Aronoff
*Printed name and bar number*

U.S. Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007
*Address*

peter.aronoff@usdoj.gov
*E-mail address*

(212) 637-2697
*Telephone number*

-
*FAX number*