

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 16, 2026

BY ECF
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *American Civil Liberties Union et al. v. Department of Defense et al.*,
              No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

    I write respectfully to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I request the entry of an order terminating my appearance in this matter. My colleague, AUSA Peter Aronoff, has entered an appearance and will represent the interests of the Government in this case.

    I thank the Court for its consideration of this request.

                          Respectfully,

                          JAY CLAYTON
                          United States Attorney for the
                          Southern District of New York

      By:    /s/ *Rebecca S. Tinio*
                REBECCA S. TINIO
                Assistant United States Attorney
                Telephone: (212) 637-2774
                Email: rebecca.tinio@usdoj.gov
                *Counsel for Defendants*