

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 16, 2026

BY ECF
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *American Civil Liberties Union et al. v. Department of Defense et al.*,
            No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

      I write respectfully to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I request the entry of an order terminating my appearance in this matter. My colleague, AUSA Peter Aronoff, has entered an appearance and will represent the interests of the Government in this case.

      I thank the Court for its consideration of this request.

                                  Respectfully,

                                  JAY CLAYTON
                                  United States Attorney for the
                                  Southern District of New York

                By:   /s/ *Rebecca S. Tinio*
                       REBECCA S. TINIO
                       Assistant United States Attorney
                       Telephone: (212) 637-2774
                       Email: rebecca.tinio@usdoj.gov
                       *Counsel for Defendants*

GRANTED.

SO ORDERED.

                                  *Paul A. Engelmayer*
                                  _____
Date: February 18, 2026        PAUL A. ENGELMAYER
      New York, New York        United States District Judge