

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

March 11, 2026

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:    *ACLU* et al. *v. DOD* et al., No. 17 Civ. 3391 (PAE)

Dear Judge Engelmayer:

This Office represents the defendant agencies ("Defendants") in the above-captioned lawsuit brought pursuant to the Freedom of Information Act ("FOIA"). We write respectfully in response to the Court's order dated February 2, 2026 (ECF No. 229), to provide a joint status report and to jointly request a further one-month extension of the deadlines for a potential attorneys' fee motion, in order to permit the parties' settlement discussions to continue.

As the parties' previous correspondence notes, the only issue still outstanding in this case is plaintiffs' demand for attorneys' fees. Since the last status report, I have taken over this matter from a colleague who has since left this Office (*see* ECF Nos. 230, 231, 232). It has taken some time for me to familiarize myself with the case and the relevant issues now under discussion. In the last two weeks, I have conferred with counsel for plaintiffs and with the defendant agencies, and the government is now in the process of preparing a response to the plaintiffs' most recent demand. I am mindful of the age of this case and plan to work expeditiously and in good faith to determine whether a consensual resolution of plaintiffs' fee demand is possible.

The parties believe that settlement discussions remain the most efficient path forward at this time. Thus, in order to avoid the potentially unnecessary expenditure of the Court's and the parties' time on litigation, we respectfully request an adjournment of the current schedule for an attorneys' fee motion by one month, as follows:

- Plaintiffs shall file any motion for attorney's fees, if necessary, no later than April 17, 2026; and
- Defendants' response shall be filed no later than May 1, 2026.

The parties thank the Court for its consideration of this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: */s/ Peter Aronoff*
PETER ARONOFF
Assistant United States Attorney
Telephone: (212) 637-2697
E-mail: peter.aronoff@usdoj.gov
*Counsel for Defendants*

cc: Counsel for Plaintiffs (via ECF)

GRANTED.

SO ORDERED.

Date:  March 12, 2026
      New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge