
**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION**

April 9, 2026

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

**Re:**    *ACLU* **et al.** *v. DOD* **et al., No. 17 Civ. 3391**

Dear Judge Engelmayer:

Plaintiffs are pleased to report that the parties have, at long last, agreed on a dollar figure that will resolve Plaintiffs' fee claim and settle this matter (though the agreement must still be reduced to a binding stipulation). The parties therefore respectfully request that the Court adjourn the upcoming deadlines for briefing on Plaintiffs' fee petition. The parties will promptly prepare and file a stipulation of dismissal and bring this matter to a close. Both parties wish to express their gratitude for the Court's patience during the unusually long settlement period.

Respectfully,

/s/ Brett Max Kaufman
Brett Max Kaufman
Hina Shamsi
American Civil Liberties Union
    Foundation
125 Broad Street
New York, NY 10004

125 Broad Street, Floor 18, New York, NY 10004 | bkaufman@aclu.org | 212-549-2500