

**ACLU**

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

April 9, 2026

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:    *ACLU et al. v. DOD et al.*, No. 17 Civ. 3391

Dear Judge Engelmayer:

Plaintiffs are pleased to report that the parties have, at long last, agreed on a dollar figure that will resolve Plaintiffs' fee claim and settle this matter (though the agreement must still be reduced to a binding stipulation). The parties therefore respectfully request that the Court adjourn the upcoming deadlines for briefing on Plaintiffs' fee petition. The parties will promptly prepare and file a stipulation of dismissal and bring this matter to a close. Both parties wish to express their gratitude for the Court's patience during the unusually long settlement period.

Respectfully,

/s/ Brett Max Kaufman
Brett Max Kaufman
Hina Shamsi
American Civil Liberties Union
    Foundation
125 Broad Street
New York, NY 10004

GRANTED.

The Court thanks the parties for this letter and adjourns all upcoming deadlines in this case, including for briefing on plaintiffs' fee petition. The Court will separately enter a 30-day order.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Date: April 13, 2026
        New York, New York