UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION and
AMERICAN CIVIL LIBERTIES UNION FOUNDATION,

Plaintiffs,

v.

DEPARTMENT OF DEFENSE, CENTRAL INTELLIGENCE
AGENCY, DEPARTMENT OF JUSTICE, and
DEPARTMENT OF STATE,

Defendants.

17 Civ. 3391 (PAE)

## STIPULATION AND PROPOSED ORDER OF SETTLEMENT AND DISMISSAL

WHEREAS, on March 15, 2017, Plaintiffs the American Civil Liberties Union and American Civil Liberties Union Foundation ("Plaintiffs") submitted a FOIA request (the "Request") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to the Department of Defense, Central Intelligence Agency ("CIA"), Department of Justice, and Department of State (together, "Defendants");

WHEREAS, the Request sought records relating to a U.S. military raid that was conducted on or about January 29, 2017, in al Ghayil, Yemen;

WHEREAS, on May 8, 2017, Plaintiffs filed this action;

WHEREAS, the Defendants (including certain components) conducted searches, processed potentially responsive records, and produced the responsive, non-exempt portions of those records to Plaintiffs;

WHEREAS, following motion practice and discussions regarding Defendants' responses and certain additional searches and processing, the parties agree that there are no outstanding issues regarding the merits of Defendants' responses to the Request;

1

WHEREAS, Plaintiffs contend that they are entitled to attorneys' fees and costs; and

WHEREAS, the only outstanding issue in this case is Plaintiffs' claim for attorneys' fees and costs, and the parties wish to resolve that claim and dispose of this matter without further litigation,

NOW, THEREFORE, it is hereby STIPULATED and AGREED between the parties as follows:

1. Within a reasonable time after the Court has endorsed and docketed this Stipulation and Order, Defendants shall pay to Plaintiffs the total sum of ninety-four thousand dollars ($94,000) for attorneys' fees and litigation costs. This payment shall constitute full and final satisfaction of any claims by Plaintiffs for attorneys' fees and litigation costs in this matter, and is inclusive of any interest. Payment shall be made by electronic funds transfer or transfers, and counsel for Plaintiffs will provide the necessary information to counsel for Defendants to effectuate the transfers.

2. Plaintiffs release and discharge Defendants, their components, and the United States of America, including its agencies, departments, officers, employees, servants, and agents, from any and all claims and causes of action that Plaintiffs asserted, or could have asserted, in this litigation arising out of Plaintiffs' Request.

3. This action is accordingly dismissed with prejudice and without costs or fees other than as provided in paragraph 1 of this Stipulation and Order, provided that the Court shall retain jurisdiction over any issues that might arise relating to the enforcement of this Stipulation and Order.

4. Nothing in this Stipulation and Order shall constitute an admission that Defendants are liable for any attorneys' fees or litigation costs, or that Plaintiffs "substantially

prevailed" in this action under 5 U.S.C. § 552(a)(4)(E), or are entitled to or eligible for any attorneys' fees or litigation costs. Nor is it an admission that the amount here agreed upon covers all of the time that could, in Plaintiffs' view, be compensable as attorneys' fees and litigation costs in this action. Rather, this Stipulation and Order is entered into by the parties solely for the purpose of compromising disputed claims regarding attorneys' fees and litigation costs in this case and avoiding the expenses and risks of further litigation concerning Plaintiffs' claims for attorneys' fees and litigation costs. This Stipulation and Order is non-precedential with respect to any other proceeding involving the parties, including, but not limited to, any other FOIA action or administrative proceeding, and shall have no effect or bearing on any pending or future request for records made by Plaintiffs under FOIA.

5.    This Stipulation and Order contains the entire agreement between the parties, and no statement, representation, promise, or agreement, oral or otherwise, between the parties or their counsel that is not included herein shall have any force or effect.

6.      This Stipulation and Order may be executed in counterparts. Facsimile or pdf signatures shall constitute originals.

Date:   Los Angeles, California
_____April 22_____, 2026

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION


_____
BRETT MAX KAUFMAN
125 Broad Street, 18th Floor
New York, New York 10004
Tel.: (212) 549-2500
Email: bkaufman@aclu.org
*Attorney for Plaintiffs*

Date:   New York, New York
_____April 22_____, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:     _____
PETER ARONOFF
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2697
Email: peter.aronoff@usdoj.gov
*Attorney for Defendants*


SO ORDERED:


_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE